FILED

2011 FEB 17  PM 3: 38

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Ft. Myers Division

| | |
|---|---|
| VOLTAGE PICTURES, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOSEPH F. CYGANIAK, )<br>)<br>Defendant. )<br>) | CIVIL ACTION NO. _____<br><br>2:11-cv-68 -FtM-29SPC |

**FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for VOLTAGE PICTURES, LLC in the above captioned action, states that there is nothing to report under Rule 7.1 in that there are no parents, subsidiaries and/or affiliate entities (corporate or otherwise) of Plaintiff that have issued stock or debt securities to the public and no publicly held entity (corporate or otherwise) owns 10% or more of Plaintiff's stock.

1

|  |  |
|---|---|
| DATED: February 17, 2011 | Respectfully Submitted,<br>VOLTAGE PICTURES, LLC<br>By Its Attorney,<br><br>*/s/ Jeffrey W. Weaver*<br>Jeffrey W. Weaver<br>Florida Bar No. 178780<br>DUNLAP, GRUBB & WEAVER, PLLC<br>199 Liberty Street, SW<br>Leesburg, VA 20175<br>Telephone: 703-777-7319<br>Facsimile: 703-777-3656<br>jweaver@dglegal.com<br>*Counsel for the Plaintiff* |