UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Ft. Myers Division

|  |  |  |
|---|---|---|
| VOLTAGE PICTURES, LLC | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. **2:11-cv-00068-JES-SPC** |
| JOSEPH F. CYGANIAK, | ) ) ) | |
| Defendant. | ) ) | |

## REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT

To the Clerk of this Court and to all interested parties:

Pursuant to Fed. R. Civ. P. Rule 55(a) and Local Rule 1.07(b), Plaintiff requests that the Clerk enter Defendant Joseph F. Cyganiak's default.

Defendant Cyganiak was personally served with process on February 21, 2011. [See Doc. No. 7] Accordingly, said Defendant was required to serve a responsive pleading by March 14, 2011. See Fed. R. Civ. P. Rule 12(a)(1)(A)(i).

As of the date of this request, no appearance has been entered by said Defendant in this case, no pleading has been filed and none served upon the attorney for the Plaintiff, no extension has been given, and the time for filing has expired. See Affidavit of Jeffrey W. Weaver filed concurrently herewith.

Further, Plaintiff's counsel has certified, pursuant to the provisions of the Soldiers and Sailors Civil Act of 1940 and the provisions of the Soldiers and Sailors Civil Relief Act Amendments of 1942 and 1960, that said Defendant is not in the military service of the United

1

States or its Allies, that is to say said Defendant is not a member of the Army of the United States, the United States Navy, the Marine Corps, the Coast Guard and is not an officer of the public Health Service detailed by proper authority for duty either with the Army or Navy, and said Defendant is not on active duty with any branches aforesaid, nor is said Defendant under training or education under the supervision of the United States preliminary to induction in to the military services; and the Defendant is not serving with the forces of any nation with which the United States is allied in the prosecution of any war, nor has said Defendant been ordered to report for induction under the Selective Training and Service Act of 1940, as amended, nor is the Defendant a member of the Enlisted Reserve Corps ordered to report for military service.  See id. Plaintiff's counsel has also certified that said Defendant is neither an infant nor an incompetent person.  Id.

Therefore, Plaintiff respectfully requests that the Clerk enter a Default against Defendant Cyganiak without a hearing.

Respectfully Submitted,

DATED:  March 17, 2011

s/ Jeffrey W. Weaver
Jeffrey W. Weaver
Florida Bar No. 178780
Attorney for Plaintiff,
Voltage Pictures, LLC
DUNLAP, GRUBB & WEAVER, PLLC
199 Liberty Street, SW
Leesburg, VA 20175
Telephone: 703-777-7319
Facsimile: 703-777-3656
jweaver@dglegal.com

**CERTIFICATE OF SERVICE**

   I hereby certify that on March 17, 2011, a true and correct copy of the foregoing REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT was sent via first-class mail to the following:

Joseph F. Cyganiak
720 Calvin Ave.
Lehigh Acres, FL 33972
*Defendant*

                   s/ Jeffrey W. Weaver
                   Jeffrey W. Weaver
                   Florida Bar No. 178780
                   Attorney for Plaintiff,
                   Voltage Pictures, LLC
                   DUNLAP, GRUBB & WEAVER, PLLC
                   199 Liberty Street, SW
                   Leesburg, VA 20175
                   Telephone: 703-777-7319
                   Facsimile: 703-777-3656
                   jweaver@dglegal.com