**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
Ft. Myers Division

|  |  |  |
|---|---|---|
| **VOLTAGE PICTURES, LLC** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A.  **2:11-cv-00068-JES-SPC** |
| | ) | |
| **JOSEPH F. CYGANIAK,** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF DEFAULT

To the Clerk of this Court and to all interested parties:

Whereas, it appearing from the records that process was personally served on Defendant Joseph F. Cyganiak on February 21, 2011, that the time for said Defendant to serve a responsive pleading expired on March 14, 2011, and that said Defendant has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure;

Therefore, upon the request by Plaintiff and pursuant to Rule 55 of the Federal Rules of Civil Procedure and Local Rule 1.07(b), it is:

**ORDERED**, that the default for want of answer or other defense by Defendant Joseph F. Cyganiak is entered this day of _____, 2011.

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 17, 2011, a true and correct copy of the foregoing [PROPOSED] ORDER OF DEFAULT was sent via first-class mail to the following:

Joseph F. Cyganiak
720 Calvin Ave.
Lehigh Acres, FL 33972
*Defendant*

                                        s/ Jeffrey W. Weaver
                                        Jeffrey W. Weaver
                                        Florida Bar No. 178780
                                        Attorney for Plaintiff,
                                        Voltage Pictures, LLC
                                        DUNLAP, GRUBB & WEAVER, PLLC
                                        199 Liberty Street, SW
                                        Leesburg, VA 20175
                                        Telephone: 703-777-7319
                                        Facsimile: 703-777-3656
                                        jweaver@dglegal.com