# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

**VOLTAGE PICTURES, LLC,**

        **Plaintiff,**

-vs-                                                          Case No.  **2:11-cv-68-FtM-29SPC**

**JOSEPH F. CYGANIAK,**

        **Defendant.**

_____

## CLERK'S DEFAULT

Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant **Joseph F. Cyganiak** in Fort Myers, Florida on March 21, 2011.


                                                         SHERYL L. LOESCH, CLERK


                                                 By:    By: Samantha Blake, Deputy Clerk

Copies: All Parties of Record